IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN EDWARD MERRIFIELD,

    Plaintiff,                    No. 2:08-cv-1526 JFM (PC)

    vs.

V. A. DIRECTOR, et al.,             ORDER AND

    Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        By order filed August 1, 2008, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was also directed to submit a certified copy of his inmate trust account statement within the same thirty day period. The thirty day period has now expired, and plaintiff has not filed an amended complaint or a certified copy of his inmate trust account statement, nor has he otherwise responded to the court's order.

        Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign this action to a United States District Judge; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1 days after being served with these findings and recommendations, plaintiff may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).
6 DATED: September 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
merr1526.fta